IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLAUDIA CALDERON,**

     Petitioner,

v.                              CASE NO.  4:11cv492-MW/CAS

**JOHN V. FLOURNOY, WARDEN,
FCI TALLAHASSEE,**

     Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 21, filed June 18, 2014.   Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DENIED**, a certificate of appealability is **DENIED**, and leave to appeal in forma pauperis is **DENIED**."

The Clerk shall substitute John V. Flournoy for W.T. Tayor as Respondent.

Further, the Clerk shall close the file.

**SO ORDERED on July 15, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**